# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## MEMORANDUM

TO:      Counsel of Record

FROM:    Judge Roger W. Titus
         Judge Paul W. Grimm

RE:      Malibu Media, LLC v. John Doe Cases in the District of Maryland

DATE:    March 19, 2013

\* \* \* \* \* \* \* \* \*

On March 1st and March 7th of 2013, this Court issued Memoranda concerning cases in which Malibu Media, LLC ("Malibu Media") is the Plaintiff in the United States District Court for the District of Maryland. The Court invited attorneys to participate as amicus curiae in a hearing scheduled for March 25, 2013, at 1:00 p.m., and advised the attorneys to submit letters to this Court by March 18th stating whether they intended to participate in the hearing.

Attached to this Memorandum are all letters from amicus curiae submitted by March 18, 2013. One amicus letter was filed in *Malibu Media, LLC v. John Doe*, No. 13-cv-360-RWT, ECF No. 12. The Court grants all requests in the letters for counsel to participate in the hearing on March 25, 2013. The Clerk is directed to docket this Memorandum and the attached letters in all cases listed in the Appendix attached hereto. This Memorandum and the attached letters shall also be provided to the attorneys who submitted letters as amicus curiae.

_____          _____
Roger W. Titus                                      Paul W. Grimm
United States District Judge                        United States District Judge

*FILED / LOGGED / ENTERED / RECEIVED*
MAR 1 9 2013
CLERK, U.S. DISTRICT COURT
AT GREENBELT
DISTRICT OF MARYLAND
BY ___ EB DEPUTY